IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL P. PATTON, | § | |
| | § | |
| Defendant Below, | § | No. 324, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. N86015075DI |
| | § | |
| Appellee. | § | |

Submitted: September 4, 2024
Decided: September 12, 2024

## **ORDER**

On July 10, 2024, the Superior Court sentenced the appellant, Michael P. Patton, for a violation of probation. This Court received Patton's notice of appeal from the Superior Court's decision on August 12, 2024. The Senior Court Clerk issued, by certified mail, a notice directing Patton to show cause why his appeal should not be dismissed as untimely filed.[1] The notice instructed Patton to respond within ten days and advised that if he did not respond, dismissal of the appeal would be deemed to be unopposed. On August 22, 2024, the Court received the certified-mail receipt indicating that the notice had been delivered. The appellant having

---

[1] DEL. SUPR. CT. R. 6.

failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

2